```
_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

MAR 24 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No. ~~20-1079-TJS~~ |
| v. | * | RDB-21-050 |
| HERMAN PETTIFORD | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

I, Julie M. Reamy, Esq., being over eighteen (18) years of age and competent to testify, state the following:

1. I am the attorney for the defendant, Herman Pettiford, in the above captioned matter.

2. Mr. Pettiford is scheduled for a guilty plea hearing in the above captioned case on or about March 24, 2021.

3. I have advised Mr. Pettiford of his right to be physically present for all court proceedings in this case.

4. I have advised Mr. Pettiford that due to the current COVID-19 pandemic, the United States District Court for the District of Maryland is operating in a limited capacity and, pursuant to the Court's current Standing Orders, can only proceed with hearings conducted remotely through the use of audio and/or video conferencing systems.

5. I have advised Mr. Pettiford that in order for the Court to proceed with his upcoming hearing, he would need to consent to participating in the proceeding by audio and/or video conferencing only, and waive his right to be physically present in the courtroom at that time.

6. Mr. Pettiford has advised counsel that he wishes to voluntarily waive his right to be present in court for his plea hearing and will consent to participation via audio and/or video conferencing.

I solemnly affirm, under the penalty of perjury and upon personal knowledge, that the contents of the foregoing paper are true.

_____3/18/21_____   _____
Date                                         Julie M. Reamy

**STATE OF MARYLAND, BALTIMORE CITY**, to wit:

I HEREBY CERTIFY that on this 18th day of March 2021, before me, the subscriber, a Notary Public in and for the City/County and State aforesaid, personally appeared Julie M. Reamy, to me known to be the person described therein, who executed the foregoing instrument and acknowledged that she did so voluntarily and with full knowledge of its consequences.

_____BARBARA L. TAYLOR_____
Notary Public (Printed Name)

_____
Notary Public (Signature/Seal)

My Commission Expires: __03/23/2023__

