IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: RDB 21-050 |
| HERMAN PETTIFORD | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO PLACE DEFENDANT'S SENTENCING MEMORANDUM AND SUPPORTING DOCUMENTS UNDER SEAL**

The Defendant, Herman Pettiford, through counsel, Julie M. Reamy, respectfully moves for and order of this Court sealing his sentencing memorandum and supporting materials and states:

1. The Defendant's sentencing memorandum and its attachments contain detailed personal information about the defendant and his family history that should be shielded from public view.

2. A copy of the memorandum has been provided to the Government.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant his request to place the above referenced documents under seal. The Defendant also requests any further relief that justice may require.

Respectfully submitted,

_____/s/_____
Julie M. Reamy
JULIE M. REAMY | Attorney At Law, LLC
115 W. Saratoga Street
Baltimore, Maryland 21201
Telephone: (410) 605-0000
Fax: (410) 697-4006
Email: juliereamy@gmail.com

1

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 18th day of June 2021, a copy of the foregoing Motion to Seal was filed electronically in the United States District Court for the District of Maryland and served upon Assistant United States Attorney, Lindsey McCulley.

                                          /s/
                                 Julie M. Reamy